```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ROSA PONCE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. MAG 11-100-EFB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| ROSA PONCE, | Date: June 6, 2011 |
| | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED between the parties through their respective counsel, David Stevens, Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for ROSA PONCE, that the Court vacate the trial date of May 31, 2011 at 10:00 a.m. and set a status conference/change of plea for June 6, 2011 at 10:00 a.m.

Additional time is needed to convey an offer to the defendant.

The parties also agree that the ends of justice served by granting defendant's request for a continuance, outweigh the best interest of the public and the defendant in a speedy trial, because the defense requires more time to investigate and negotiate a resolution.

1  18 U.S.C. § 3161(h)(7)(A).

2      The parties stipulate that for the purpose of computing time under
3  the Speedy Trial Act, the Court should exclude time from the date of
4  this order through June 6, 2011, for defense preparation and
5  investigation.  18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].

6  Dated:  May 19, 2011

                                         Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender

                                         /s/ Linda C. Harter
                                         LINDA C. HARTER
                                         Chief Assistant Federal Defender
                                         Attorney for Defendant
                                         ROSA PONCE

13 Dated: May 19, 2011            BENJAMIN B. WAGNER
                                         United States Attorney

                                         /s/ David Stevens
                                         DAVID STEVENS
                                         Assistant United States Attorney

**ORDER**

19 IT IS SO ORDERED.

20 Dated: May 19, 2011

                                         EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE